In Re: Appeal of Charles Lessie, Jr. from Dismissal from City of Reading Police Force. Charles Lessie, Jr., Appellant.

Argued March 5, 1979, before Judges CRUMLISH, JR., ROGERS and MACPHAIL, sitting as a panel of three.

*Clement James Cassidy*, with him *Cassidy & Ochs*, for appellant.

*Peter F. Cianci*, First Assistant City Solicitor, with him *Adam B. Krafczek*, City Solicitor, for appellee.

OPINION BY JUDGE CRUMLISH, JR., June 27, 1979:

Appellant, Charles Lessie, Jr., alleges that the charges which resulted in his dismissal from the City

of Reading Police Force were not supported by substantial evidence. After careful review of the record, we are satisfied that there is more than substantial evidence to sustain the charges against Charles Lessie and affirm on the able opinion by former President Judge WARREN K. HESS, entered February 24, 1978, at No. 198 October Term, 1977, Civil Action—Law, Court of Common Pleas of Berks County.

Affirmed.

### ORDER

AND NOW, this 27th day of June, 1979, the opinion and order of the Court of Common Pleas of Berks County entered February 24, 1978, at No. 198 October Term, 1977, is affirmed.